**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MIKE BLATZER, Derivatively on Behalf of Nominal Defendant ATKORE INC., Plaintiff, v. WILLIAM E. WALTZ, JR., JOHN M. DEITZER, DAVID P. JOHNSON, MICHAEL V. SCHROCK, B. JOANNE EDWARDS, JERI L. ISBELL, WILBERT W. JAMES, JR., JUSTIN A. KERSHAW, SCOTT H. MUSE, BETTY R. WYNN, and A. MARK ZEFFIRO, Defendants, and ATKORE INC., Nominal Defendant. | Case No. 1:25-cv-02833<br>Judge John J. Tharp, Jr. |

**ORDER**

Upon consideration of the Parties' Joint Motion for Stipulated Stay of the Action (the "Motion"), it is hereby **ORDERED:**

1. The Motion is **GRANTED**.

2. All proceedings in the Action shall be stayed until the earlier of: (i) the issuance of a final decision and order on all motions to dismiss the operative complaints in the Securities Class Actions (if any); (ii) notification that a settlement has been reached in the Securities Class Actions; (iii) a final resolution of the Securities Class Actions; or (iv) either Party providing the other Party thirty (30) days' notice that they no longer consent to the stay.

3. No later than thirty (30) days following the lift or termination of the stay pursuant to paragraph 2, the Parties shall meet and confer regarding scheduling and submit a proposed scheduling order governing any further proceedings in this Action, including the date by which Defendants and/or Atkore must answer, move to dismiss, or otherwise respond to the complaint, and the date and time for a case management conference.

4. Notwithstanding the agreed-upon stay of this Action, Plaintiff may file an amended complaint during the pendency of the stay, but Defendants shall have no obligation to move, answer, plead, or otherwise respond to any complaint during the pendency of the stay.

5. The Parties agree and acknowledge that they expressly reserve all challenges, arguments, defenses, and claims not yet asserted, including, but not limited to, jurisdiction, *forum non conveniens*, improper venue, and any other procedural or substantive rights, challenges, arguments, defenses, and claims to this Action

Date: June 3, 2025

John J. Tharp, Jr.
United States District Judge