**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE ATKORE INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1:25-cv-02833<br><br>(Consolidated with Case No. 1:25-cv-08009)<br><br>The Hon. John J. Tharp, Jr. |
| SÖREN SVENSSON, derivatively on behalf of ATKORE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM E. WALTZ, JR., JOHN M. DEITZER, JOHN W. PREGENZER, MICHAEL V. SCHROCK, SCOTT H. MUSE, A. MARK ZEFFIRO, JERI L. ISBELL, WILBERT W. JAMES, JR., JUSTIN A. KERSHAW, BETTY R. WYNN, B. JOANNE EDWARDS, DAVID P. JOHNSON, AND WILLIAM R. VANARSDALE,<br><br>Defendants,<br>and<br><br>ATKORE, INC.,<br>Nominal Defendant. | Case No. 1:26-cv-06753<br><br>The Hon. John J. Tharp, Jr. |

**ORDER**

Upon consideration of the Parties' Joint Motion To Lift Stay For The Limited Purpose Of Consolidating Related Derivative Actions And To Stay The Consolidated Derivative Action (the "Motion"), it is hereby **ORDERED:**

1. The Motion is **GRANTED**.

2. The Stay in the above-captioned *In re Atkore Inc. Shareholder Derivative Litigation,* Master File No. 1:25-cv-02833 (the "Derivative Action") is temporarily lifted for the limited purpose of consolidating the *Svensson* Action and the Derivative Action.

3. The *Svensson* Action and Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, into the Derivative Action. under Master File No. 1:25-cv-028335.

4. Every pleading filed in the Derivative Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ATKORE INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 1:25-cv-02833 |
| This Document Relates To: ALL ACTIONS. | (Consolidated with Case Nos. 1:25-cv-08009 and 1:26-cv-06753) |

5. The terms of the Consolidation Order shall continue to apply to the Derivative Action (ECF No. 37).

6. All proceedings in the Consolidated Derivative Action, including all deadlines, hearings, and conferences, will be stayed according to the terms of the Stay Order entered on June 3, 2025 in the *Blatzer* Action (ECF No. 34).

Date: July 8, 2026

John J. Tharp, Jr.
United States District Judge